UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN DENICOLA,

                        Plaintiff,                        **ORDER**
       -against-                                     CV 10-1905 (ADS)(ARL)

GLOBAL CREDIT AND COLLECTION CORP.,

                        Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's letter application dated January 15, 2011, seeking an extension of time to amend the complaint. Specifically, plaintiff requests that his time be extended for 30 days from the time plaintiff receives defendant's responses to Plaintiff's First Set of Written Discovery Requests, dated November 4, 2010. Also before the court is plaintiff's letter application dated January 18, 2011, seeking to compel defendant to respond to plaintiff's discovery requests and to deem any potential objections waived. On December 8, 2010, defendant requested a one-month extension of time to respond to plaintiff's discovery requests which the undersigned granted. To date, the defendant has not responded to any of the discovery requests nor has it submitted any opposition to either of plaintiff's applications. The defendant will be given one final opportunity to respond to all outstanding discovery by February 14, 2011. The defendant is warned that failure to comply with this order may result in the imposition of sanctions, including deeming that all objections are waived. The deadline for plaintiff to amend the complaint/joinder of additional parties is extended to March 14, 2011.

      To permit the parties' compliance with this order, the court will grant an extension of the scheduling order. All discovery, inclusive of expert discovery, must be completed by April 14, 2011. The deadline to commence dispositive motion practice is extended to April 28, 2011. The final conference scheduled for April 4, 2011 is adjourned to May 16, 2011 at 2:00 p.m. The parties are directed to electronically file a proposed joint pretrial order prior to the final conference.

Dated: Central Islip, New York                      **SO ORDERED:**
       January 28, 2011

                                                                       _____/s/_____
                                                                     ARLENE ROSARIO LINDSAY
                                                                       United States Magistrate Judge